■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLIE RICHARDSON, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on July 12, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Asch, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ETHAN FORBES, Appellant.—Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on December 3, 1985, unanimously affirmed. Motion by appellant to enlarge the record on appeal to include certain exhibits granted. No opinion. Concur—Sandler, J. P., Carro, Asch, Rosenberger and Wallach, JJ.